UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x

TRUSTEES OF THE STRUCTURAL STEEL AND
BRIDGE PAINTERS OF GREATER NEW YORK            Index No.:
EMPLOYEE TRUST FUNDS AND TRUSTEES OF
THE DISTRICT COUNCIL 9 PAINTING INDUSTRY       RULE 7.1
INSURANCE AND ANNUITY FUNDS,

                                        Plaintiffs,       **08 CIV. 3403**

    -against-

GEORGE CAMPBELL PAINTING CORP. AND             **JUDGE ROBINSON**
FEDERAL INSURANCE COMPANY

                                        Defendant.

-----------------------------------------------------------------------x

       Pursuant to Rule 7.1 of the General Rules of the Southern District of New York and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of that party.

       None

Dated: April 3, 2008

                                                                Dana L. Henke, Esq. (DLH3025)