STATE OF NEW YORK
INSURANCE DEPARTMENT
One Commerce Plaza
Albany, NY 12257

STATE OF NEW YORK
District Court, Southern district of New York

Trustees of the Structural Steel and Bridge Painters of
Greater New York Employee Trust Funds and Trustees of     Plaintiff(s)        08 CV 3403
the District Council 9 Painting Industry Insurance and Annuity
Funds

                          against                         Defendant(s)

George Campbell Painting Corp., and
Federal Insurance Company

RE: Federal Insurance Company

Attorney for Plaintiff(s) and Defendant please take notice as follows:

Sirs:
Attorney for Plaintiff(s) is hereby advised of acknowledgment of service upon me of
Summons and Complaint in the above entitled action on April 11, 2008 at Albany, New
York. The $40 fee is also acknowledged.

Original to Attorney for Plaintiff(s):

   Barnes, Iaccarino, Virginia, Ambinder & Shepherd, PLLC
   Attorneys at Law
   258 Saw Mill River Road
   Elmsford, New York 10523

Pursuant to the requirement of section 1212 of the Insurance Law, Defendant is hereby
notified of service as effected above. A copy of the paper is enclosed.

Duplicate to Defendant:

   CT Corporation
   Federal Insurance Company
   111 Eighth Avenue
   13th Floor
   New York, New York 10011

                                         *signature*
                                         by Clark J. Williams
                                         Special Deputy Superintendent

Dated Albany, New York, April 14, 2008
430327    C.A.#90666