UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TRUSTEES OF THE STRUCTURAL STEEL AND
BRIDGE PAINTERS OF GREATER NEW YORK
EMPLOYEE TRUST FUNDS and TRUSTEES OF THE
DISTRICT COUNCIL 9 PAINTING INDUSTRY
INSURANCE AND ANNUITY FUNDS,

   Plaintiffs,

  v.

GEORGE CAMPBELL PAINTING CORP. and
FEDERAL INSURANCE COMPANY,

   Defendants.
------------------------------------------------------------X

Case No. 08 Civ. 3403 (SCR)
(WHITE PLAINS)

**STIPULATION & ORDER EXTENDING TIME TO ANSWER**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, attorneys for the parties to the above-captioned action, that the time for defendant FEDERAL INSURANCE COMPANY and defendant GEORGE CAMPBELL PAINTING CORP., to appear, serve an answer, to make any motion related to, or to otherwise respond to the Complaint filed by plaintiffs TRUSTEES OF THE STRUCTURAL STEEL AND BRIDGE PAINTERS OF GREATER NEW YORK EMPLOYEE TRUST FUNDS and TRUSTEES OF THE DISTRICT COUNCIL 9 PAINTING INDUSTRY INSURANCE AND ANNUITY FUNDS, be and hereby is extended up to and including the 27th day of June, 2008.

  This stipulation may be executed in counterparts. Facsimile and/or electronic signatures

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
#:
DATE FILED:

shall be deemed the equivalent of original signatures.

Dated: New York, New York
May 5, 2008

BARNES, IACCARINO, VIRGINIA,　　　　　　　LAMBERT & WEISS
 AMBINDER & SHEPHERD, PLLC

By: /s/ Dana Henke　　　　　　　　　　　　　By:_____
 DANA L. HENKE (DH 3025)　　　　　　　　　　ERIC M. EUSANIO (EE 2668)
 Attorneys for Plaintiffs Trustees of the　　　　Attorneys for Defendant Federal
 Structural Steel & Bridge Painters of　　　　　 Insurance Company
 Greater New York Employee Trust Funds　　　 61 Broadway, Suite 2020
 and Trustees of the District Council 9　　　　　New York, New York 10006
 Painting Industry Insurance & Annuity Funds　(212) 344-3100
 258 Saw Mill River Road
 Elmsford, NY 10523
 (914) 592-1515

ROBINSON BROG LEINWAND GREENE
 GENOVESE & GLUCK P.C.

By:_____
 MICHAEL E. GREENE (ME      )
 Attorneys for Defendant George Campbell
 Painting Corp.
 1345 Avenue of the Americas
 New York, New York 10105
 (212) 603-6360

SO ORDERED:

/s/ Stephen C. Robinson
U.S.D.J.    5/6/08

2

shall be deemed the equivalent of original signatures.

Dated: New York, New York
       May 5, 2008

BARNES, IACCARINO, VIRGINIA,          LAMBERT & WEISS
  AMBINDER & SHEPHERD, PLLC

By: _____            By: /s/ Eric M. Eusanio
    DANA L. HENKE (DH 3025)               ERIC M. EUSANIO (EE 2668)
    Attorneys for Plaintiffs Trustees of the   Attorneys for Defendant Federal
    Structural Steel & Bridge Painters of       Insurance Company
    Greater New York Employee Trust Funds      61 Broadway, Suite 2020
    and Trustees of the District Council 9     New York, New York 10006
    Painting Industry Insurance & Annuity Funds (212) 344-3100
258 Saw Mill River Road
Elmsford, NY 10523
    (914) 592-1515

ROBINSON BROG LEINWAND GREENE
  GENOVESE & GLUCK P.C.

By:_____
    MICHAEL E. GREENE (ME    )
    Attorneys for Defendant George Campbell
      Painting Corp.
    1345 Avenue of the Americas
    New York, New York 10105
       (212) 603-6360

SO ORDERED:

_____
      U.S.D.J.

2

shall be deemed the equivalent of original signatures.

Dated: New York, New York
       May 5, 2008

| BARNES, IACCARINO, VIRGINIA, AMBINDER & SHEPHERD, PLLC | LAMBERT & WEISS |
|---|---|

By: _____    By: _____
    DANA L. HENKE (DH 3025)                ERIC M. EUSANIO (EE 2668)
Attorneys for Plaintiffs Trustees of the   Attorneys for Defendant Federal
 Structural Steel & Bridge Painters of      Insurance Company
 Greater New York Employee Trust Funds     61 Broadway, Suite 2020
 and Trustees of the District Council 9    New York, New York 10006
 Painting Industry Insurance & Annuity Funds   (212) 344-3100
258 Saw Mill River Road
Elmsford, NY 10523
   (914) 592-1515


ROBINSON BROG LEINWAND GREENE
 GENOVESE & GLUCK P.C.

By: _____
    MICHAEL E. GREENE (ME      )
Attorneys for Defendant George Campbell
 Painting Corp.
1345 Avenue of the Americas
New York, New York 10105
   (212) 603-6360


SO ORDERED:

                                           DATED.

_____
   U.S.D.J.

2