UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TRUSTEES OF THE STRUCTURAL STEEL AND
BRIDGE PAINTERS OF GREATER NEW YORK
EMPLOYEE TRUST FUNDS and TRUSTEES OF THE
DISTRICT COUNCIL 9 PAINTING INDUSTRY
INSURANCE AND ANNUITY FUNDS,

          Plaintiffs,

    v.

GEORGE CAMPBELL PAINTING CORP. and
FEDERAL INSURANCE COMPANY,

          Defendants.
------------------------------------------------------------------X

Case No. 08 Civ. 3403 (SCR)
(WHITE PLAINS)

**RULE 7.1 DISCLOSURE STATEMENT**

    Defendant Federal Insurance Company ("Federal"), by its attorneys Lambert & Weiss, as and for its Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, discloses as follows:

    Federal is a wholly-owned subsidiary of The Chubb Corporation ("Chubb"), which is a publicly held corporation.

Dated: New York, New York
       June 27, 2008

                          LAMBERT & WEISS
                          Attorneys for Defendant Federal Insurance
                          Company

           By: _____
                   MONROE WEISS (MW 9146)
                   61 Broadway, Suite 2020
                   New York, New York 10006
                   (212) 344-3100

TO:  Dana L. Henke, Esq.
      BARNES, IACCARINO, VIRGINIA,
        AMBINDER & SHEPHERD, PLLC
      Attorneys for Plaintiffs Trustees of the

    Structural Steel & Bridge Painters of
    Greater New York Employee Trust Funds
    and Trustees of the District Council 9
    Painting Industry Insurance & Annuity Funds
258 Saw Mill River Road
Elmsford, NY 10523
(914) 592-1515

Michael E. Greene, Esq.
ROBINSON BROG LEINWAND GREENE
   GENOVESE & GLUCK P.C.
Attorneys for Defendant George Campbell
   Painting Corp.
1345 Avenue of the Americas
New York, New York 10105
(212) 603-6360

2

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK        )
                         ) SS.:
COUNTY OF NEW YORK       )

**STEPHANIE PAONESSA**, being duly sworn deposes and says: deponent is not a party to this action, is over 18 years of age, and resides in STATEN ISLAND, NEW YORK.

On the 27th day of June, 2008, I served a copy of the within:

<u>**RULE 7.1 DISCLOSURE STATEMENT**</u>

upon the following party(ies):

Dana L. Henke, Esq.
BARNES, IACCARINO, VIRGINIA, AMBINDER
 & SHEPHERD, PLLC
*Attorneys for Plaintiffs Trustees of the Structural Steel*
*& Bridge Painters of  Greater New York Employee*
*Trust Funds and Trustees of the District Council 9*
*Painting Industry Insurance & Annuity Funds*
258 Saw Mill River Road
Elmsford, NY 10523

Michael E. Greene, Esq.
ROBINSON BROG LEINWAND GREENE
 GENOVESE & GLUCK P.C.
*Attorneys for Defendant*
George Campbell Painting Corp.
1345 Avenue of the Americas
New York, New York 10105

By causing to be delivered a copy of the same by first class mail in a postage paid properly addressed wrapper, in a depository under the exclusive care and custody of the United States Postal Service within the State of New York.

/s/ Stephanie Paonessa
STEPHANIE PAONESSA

Sworn to before me this
27th day of June, 2008

_____
NOTARY PUBLIC

M. DIANE DUSZAK
Notary Public, State of New York
No. 02DU5049163
Qualified in New York County
Commission Expires September 11, ~~19~~ 2009

## NOTICE OF ENTRY

PLEASE take notice that the within is a (*certified*) true copy of a
duly entered in the office of the clerk of the within named court on

Dated,

           Yours, etc.
    **LAMBERT & WEISS**

*Attorneys for*

    *Office and Post Office Address*
    **61 BROADWAY**
    **NEW YORK, N.Y. 10006**

To

Attorney(s) for

## NOTICE OF SETTLEMENT

PLEASE take notice that an order

of which the within is a true copy will be presented for settlement to the Hon.

one of the judges of the within named Court, at

on
at    M.
Dated,

           Yours, etc.
    **LAMBERT & WEISS**

*Attorneys for*

    *Office and Post Office Address*
    **61 BROADWAY**
    **NEW YORK, N.Y. 10006**

To

Attorney(s) for

---

Index No.  08 Civ. 3403 (SCR)  Year

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE STRUCTURAL STEEL AND BRIDGE PAINTERS OF GREATER NEW YORK EMPLOYEE TRUST FUNDS and TRUSTEES OF THE DISTRICT COUNCIL 9 PAINTING INDUSTRY INSURANCE AND ANNUITY FUNDS

                      Plaintiffs,
        -against-

GEORGE CAMPBELL PAINTING CORP. and FEDERAL INSURANCE COMPANY,

                      Defendants.

### RULE 7.1 DISCLOSURE STATEMENT

Signature (Rule 130-1.1-a)

Print name beneath

**LAMBERT & WEISS**
*Attorneys for*    Defendant Federal Insurance Company

*Office and Post Office Address, Telephone*
**61 BROADWAY**
**NEW YORK, N.Y. 10006**
**(212) 344-3100**

To

Attorney(s) for

Service of a copy of the within is hereby admitted.
Dated

..................................................................

Attorney(s) for

2900 – **Blumberg**Excelsior Inc., NYC 10013