AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

__SOUTHERN__   DISTRICT OF   __NEW YORK__

**APPEARANCE**

Case Number: 08 Civ. 3403 (SCR)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
DEFENDANT FEDERAL INSURANCE COMPANY

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 6/27/2008 | _/s/ Eric M. Eusanio_ |
| Date | Signature |
| | Eric M. Eusanio, Esq.    (EE 2668) |
| | Print Name                Bar Number |
| | 61 Broadway, Suite 2020 |
| | Address |
| | New York,   New York   10006 |
| | City         State       Zip Code |
| | (212) 344-3100   (212) 422-4047 |
| | Phone Number    Fax Number |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                                           ) SS.:
COUNTY OF NEW YORK   )

ERIC M. EUSANIO, being duly sworn deposes and says: deponent is not a party to this action, is over 18 years of age, and resides in Brooklyn, New York.

On the 27th day of June, 2008, I served a copy of the within:

### APPEARANCE OF ERIC M. EUSANIO, ESQ.

upon the following party(ies):

Dana L. Henke, Esq.
BARNES, IACCARINO, VIRGINIA, AMBINDER
  & SHEPHERD, PLLC
*Attorneys for Plaintiffs Trustees of the Structural Steel
& Bridge Painters of   Greater New York Employee
Trust Funds and Trustees of the District Council 9
Painting Industry Insurance & Annuity Funds*
258 Saw Mill River Road
Elmsford, NY 10523

Michael E. Greene, Esq.
ROBINSON BROG LEINWAND GREENE
  GENOVESE & GLUCK P.C.
*Attorneys for Defendant
George Campbell Painting Corp.*
1345 Avenue of the Americas
New York, New York 10105

By causing to be delivered a copy of the same by first class mail in a postage paid properly addressed wrapper, in a depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
ERIC M. EUSANIO

Sworn to before me this
27th day of June, 2008

_____
NOTARY PUBLIC
DENNIS O'NEIL COWLING
Notary Public, State of New York
No. 02CO4941503
Qualified in New York County
Commission Expires August 15, 20 /0