Michael E. Greene (MEG 5519)
Robinson Brog Leinwand Greene Genovese & Gluck P.C.
Attorneys for Defendants
1345 Avenue of the Americas
New York, New York 10105
(212) 603-6300
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

TRUSTEES OF THE STRUCTURAL STEEL AND         :
BRIDGE PAINTERS OF GREATER NEW YORK          :    Docket No. 08 CIV. 3403
EMPLOYEE TRUST FUNDS and TRUSTEES OF THE     :
DISTRICT COUNCIL 9 PAINTING INDUSTRY         :
INSURANCE AND ANNUITY FUNDS,                 :    **DEFENDANTS' RULE 7.1**
                                             :    **STATEMENT**
                          Plaintiffs,        :
                                             :
          - against -                        :
                                             :
GEORGE CAMPBELL PAINTING CORP. and           :
FEDERAL INSURANCE COMPANY,                   :
                                             :
                          Defendants.        :

------------------------------------------------------------------- x

Pursuant to Federal Rules of Civil Procedure 7.1, and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for private (non-governmental) parties certifies that Defendants do not have any corporate parents, subsidiaries, or affiliates which are publicly held, nor does any publicly held corporation own 10 percent or more of its stock..

Dated:  New York, New York
        June 27, 2008

                              ROBINSON BROG LEINWAND GREENE
                              GENOVESE & GLUCK P.C.
                              Attorneys for Defendants

                              By: _____
                                    Michael E. Greene (MEG 5519 )
                              1345 Avenue of the Americas
                              New York, New York 10105
                              (212) 603-6300
                              meg@robinsonbrog.com

{00393805.DOC;1}

TO:   Dana L. Henke, Esq.
      Barnes, Iaccarino, Virginia, Ambinder & Shepherd, PLLC
      258 Saw Mill River Road
      Elmsford, New York 10523
      (914) 592-1515

      Lampert & Weiss
      61 Broadway
      New York, NY 10006
      (212) 344-3100

Michael E. Greene (MEG 5519)
Robinson Brog Leinwand Greene Genovese & Gluck P.C.
Attorneys for Defendants
1345 Avenue of the Americas
New York, New York 10105
(212) 603-6300
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

TRUSTEES OF THE STRUCTURAL STEEL AND     :
BRIDGE PAINTERS OF GREATER NEW YORK     :    Docket No. 08 CIV. 3403
EMPLOYEE TRUST FUNDS and TRUSTEES OF THE    :
DISTRICT COUNCIL 9 PAINTING INDUSTRY     :
INSURANCE AND ANNUITY FUNDS,     :    **AFFIDAVIT OF SERVICE**

           Plaintiffs,     :
    :
   - against -     :
    :
GEORGE CAMPBELL PAINTING CORP. and     :
FEDERAL INSURANCE COMPANY,     :
    :
           Defendants.     :
------------------------------------------------------------------- x

STATE OF NEW YORK    }
                  }    ss:
COUNTY OF NEW YORK   }

     Joanne Brennan, being duly sworn, deposes and says, that deponent is not a party to the action, is over 18 years of age and resides in the County of Nassau, State of New York.

     On the 27th day of June, 2008, I served the within **ANSWER and DEFENDANTS' RULE 7.1 STATEMENT** upon:

Dana L. Henke, Esq.
Barnes, Iaccarino, Virginia, Ambinder & Shepherd, PLLC
258 Saw Mill River Road
Elmsford, New York 10523

Lampert & Weiss
61 Broadway
New York, NY 10006

**Via Regular Mail** in a stamped envelope in a depository under the care and custody of the United States Postal Service.

Joanne Brennan

Sworn to before me this
27th day of June, 2008

Notary Public

JUDIETTE A. JENKINS
Notary Public, State of New York
No. 01JE4871171
Qualified in Queens County
Commission Expires September 8, 20 _10_