```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X     Case No. 08 Civ. 3403 (SCR)
TRUSTEES OF THE STRUCTURAL STEEL AND              :     (WHITE PLAINS)
BRIDGE PAINTERS OF GREATER NEW YORK               :
EMPLOYEE TRUST FUNDS and TRUSTEES OF THE          :
DISTRICT COUNCIL 9 PAINTING INDUSTRY              :
INSURANCE AND ANNUITY FUNDS,                      :
                                                  :
           Plaintiffs,                            :
                                                  :
      v.                                          :
                                                  :
GEORGE CAMPBELL PAINTING CORP. and                :
FEDERAL INSURANCE COMPANY,                        :     **DEMAND FOR A**
                                                  :     **TRIAL BY JURY**
           Defendants.                            :
------------------------------------------------------------------X
FEDERAL INSURANCE COMPANY,                        :
                                                  :
           Third-Party Plaintiff,                 :
                                                  :
      v.                                          :
                                                  :
CAMPBELL ENGINEERING SUPPORT SERVICES,            :
INC.; GEORGE CAMPBELL ASSOCIATES CORP.;           :
GEORGE CAMPBELL CONTRACTING SUPPLY                :
CORPORATION; PAINTER'S EQUIPMENT LEASING,         :
INC., GEORVAL, INC.; CAMPBELL PAINTING CORP.;     :
CAMPBELL CONTRACTING SUPPLY CORP.; and            :
GREGORY E. CAMPBELL, individually and personally, :
                                                  :
           Third-Party Defendants.                :
------------------------------------------------------------------X
```

**PLEASE TAKE NOTICE**, that defendant/counterclaim-plaintiff/cross-claimant/third-party plaintiff Federal Insurance Company hereby demands, pursuant to Rule 38 of the Federal Rules of Civil Procedure, a trial by jury of all issues in the above-captioned action, including, without limitation, relating to the main action, the counterclaim, the setoffs, the cross-claims

and/or the third-party claims.

Dated: New York, New York
July 1, 2008

                LAMBERT & WEISS
                Attorneys for Defendant/Counterclaim-
                  Plaintiff/Cross-Claimant/Third-Party
                  Plaintiff Federal Insurance Company

By: _____
     MONROE WEISS (MW 9146)
     61 Broadway, Suite 2020
     New York, New York 10006
     (212) 344-3100

TO: Michael E. Greene, Esq.
     ROBINSON BROG LEINWAND GREENE
       GENOVESE & GLUCK P.C.
     Attorneys for Defendant/Third-Party Defendant George Campbell
       Painting Corp. and Third-Party Defendants Campbell Engineering
       Support Services, Inc., George Campbell Associates Corp., George
       Campbell Contracting Supply Corporation, Painter's Equipment Leasing,
       Inc., Georval, Inc., Campbell Painting Corp., Campbell Contracting Supply
       Corp., and Gregory E. Campbell, individually and personally
     1345 Avenue of the Americas
     New York, New York 10105
     (212) 603-6360

     Dana L. Henke, Esq.
     BARNES, IACCARINO, VIRGINIA,
       AMBINDER & SHEPHERD, PLLC
     Attorneys for Plaintiffs Trustees of the
       Structural Steel & Bridge Painters of
       Greater New York Employee Trust Funds
       and Trustees of the District Council 9
       Painting Industry Insurance & Annuity Funds
     258 Saw Mill River Road
     Elmsford, NY 10523
     (914) 592-1515