UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
TRUSTEES OF THE STRUCTURAL STEEL AND
BRIDGE PAINTERS OF GREATER NEW YORK
EMPLOYEE TRUSTE FUNDS and TRUSTEES OF
THE DISTRICT COUNCIL 9 PAINTING
INDUSTRY INSURANCE AND ANNUITY FUNDS,

DOCKET NO. 08 civ 3403 (SCR)

ANSWER TO DEFENDANT'S
COUNTERCLAIM

Plaintiffs,

-against-

GEORGE CAMPBELL PAINTING CORP. and
FEDERAL INSURANCE COMPANY,

Defendants.
----------------------------------------------------------------X

Plaintiffs, Trustees of the Structural Steel and Bridge Painters of Greater New York Employee Trust Funds and Trustees of the District Council 9 Painting Industry Insurance and Annuity Funds (Hereinafter referred to as "Funds") by its attorneys Barnes, Iaccarino, Virginia, Ambinder & Shepherd, PLLC. as and for its Answer to Defendant, Federal Insurance Company's Answer with Counterclaim in the above captioned action, states upon information and belief, as follows:

1. Plaintiff Funds deny knowledge or information sufficient to form a belief as to any of the allegations contained in paragraph "97" of defendants Answer with Counterclaim and Cross-Claims.

2. Plaintiff Funds deny each and every allegation contained in paragraph "98" of defendant's Answer with Counterclaim and Cross-claims except admits that plaintiff included in the instant action against Federal fringe benefits or contributions relating to contracts or projects .

3. Plaintiff Funds deny each and every allegation contained in paragraph "99" of defendant's Answer with Counterclaim and Cross-claims.

4. Plaintiff Funds deny each and every allegation contained in paragraph "100" of defendant's Answer with Counterclaim and Cross-claims.

5. Plaintiff Funds deny each and every allegation contained in paragraph "101" of defendant's Answer with Counterclaim and Cross-claims.

6. Plaintiff Funds deny each and every allegation contained in paragraph "102" of defendant's Answer with Counterclaim and Cross-claims.

7. Plaintiff Funds deny each and every allegation contained in paragraph "103" of defendant's Answer with Counterclaim and Cross-claims.

WHEREFORE, the plaintiffs respectfully pray that defendant, Federal Insurance Company's Counterclaim herein be dismissed.

Dated: Elmsford, New York
July 10, 2008

BARNES, IACCARINO, VIRGINIA
AMBINDER & SHEPHERD, PLLC

By: *Dana L. Henke*
Dana L. Henke (DLH3025)
Attorneys for Plaintiffs
258 Saw Mill River Rd
Elmsford, New York 10523
(914) 592-1515

To: Eric Eusanio, Esq.
Lambert & Weiss
61 Broadway
New York, New York 10006
(212) 344-3100

Michael E. Greene, Esq.
Robinson Brog Leinwand Greene
Genovese & Gluck P.C.
1345 Avenue of the Americas
New York, New York 10105
(212) 603-6360