UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

TRUSTEES OF THE STRUCTURAL STEEL AND
BRIDGE PAINTERS OF GREATER NEW YORK
EMPLOYEE TRUST FUNDS and TRUSTEES OF THE
DISTRICT COUNCIL 9 PAINTING INDUSTRY
INSURANCE AND ANNUITY FUNDS,

          Plaintiffs,

    v.

GEORGE CAMPBELL PAINTING CORP. and
FEDERAL INSURANCE COMPANY,

          Defendants.

-------------------------------------------------------------X

FEDERAL INSURANCE COMPANY,

          Third-Party Plaintiff,

    v.

CAMPBELL ENGINEERING SUPPORT SERVICES,
INC.; GEORGE CAMPBELL ASSOCIATES CORP.;
GEORGE CAMPBELL CONTRACTING SUPPLY
CORPORATION; PAINTER'S EQUIPMENT LEASING,
INC., GEORVAL, INC.; CAMPBELL PAINTING CORP.;
CAMPBELL CONTRACTING SUPPLY CORP.; and
GREGORY E. CAMPBELL, individually and personally,

          Third-Party Defendants.

-------------------------------------------------------------X

Case No. 08 Civ. 3403 (SCR)
(WHITE PLAINS)

## NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS

TO:    CAMPBELL ENGINEERING SUPPORT SERVICES, INC.; GEORGE CAMPBELL
        ASSOCIATES CORP.; GEORGE CAMPBELL CONTRACTING SUPPLY
        CORPORATION; PAINTER'S EQUIPMENT LEASING, INC.; GEORVAL, INC.;
        CAMPBELL PAINTING CORP.; CAMPBELL CONTRACTING SUPPLY CORP.;
        and GREGORY E. CAMPBELL, individually and personally,
        31-40 College Point Boulevard
        Flushing, NY 11354
        - and -
        C/o Michael E. Greene, Esq.
        ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.
        Attorneys for Third-Party Defendants

1345 Avenue of the Americas
New York, New York 10105
(212) 603-6360

A lawsuit has been commenced against you (or the entity on whose behalf you are addressed). A copy of the third-party complaint is attached to this notice. It has been filed in the United States District Court for the Southern District of New York and has been assigned docket number 08 Civ. 3403 (SCR) (WHITE PLAINS).

This is not a formal summons or notification from the court, but rather my request that you sign and return the enclosed waiver of service in order to save the costs of serving you with a judicial summons and an additional copy of the complaint. The cost of service will be avoided if I receive a signed copy of the waiver within 30 days after the date designated below as the date on which this Notice and Request is sent. I enclose a stamped and addressed envelope for your use. An extra copy of the waiver is also attached for your records.

If you comply with this request and return the signed waiver, it will be filed with the court and no summons will be served on you. The action will then proceed as if you had been served on the date the waiver is filed, except that you will not be obligated to answer the complaint before 60 days from the date designated below as the date on which this notice is sent (or before 90 days from that date if your address is not in any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will take appropriate steps to effect formal service in a manner authorized by the Federal Rules of Civil Procedure and will then, as authorized by those Rules, ask the court to require you (or the party on whose behalf you are addressed) to pay the full costs of such service. In that connection, please read the statement concerning the duty of parties to waive the service of the summons, which is set forth on the reverse side (or at the foot) of the waiver form.

I affirm that this request is being sent to you on behalf of the third-party plaintiff, this 21ˢᵗ day of July, 2008.

LAMBERT & WEISS
Attorneys for Third-Party Plaintiff Federal
Insurance Company

By: _____
ERIC M. EUSANIO (EE 2668)
61 Broadway, Suite 2020
New York, New York 10006
(212) 344-3100

2

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                          ) SS.:
COUNTY OF NEW YORK   )

     **SANDRA MORALES**, being duly sworn deposes and says:  deponent is not a party to this action, is over 18 years of age, and resides in STATEN ISLAND, NEW YORK.

     On the 21st day of July, 2008, I served a copy of the within:

**NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF
SERVICE OF SUMMONS TOGETHER WITH TWO COPIES OF
WAIVER OF SERVICE OF SUMMONS AND A COPY
OF THIRD PARTY-COMPLAINT**

upon the following party(ies):

CAMPBELL ENGINEERING SUPPORT SERVICES, INC.; GEORGE CAMPBELL
ASSOCIATES CORP.; GEORGE CAMPBELL CONTRACTING SUPPLY
CORPORATION; PAINTER'S EQUIPMENT LEASING, INC.; GEORVAL, INC.;
CAMPBELL PAINTING CORP.; CAMPBELL CONTRACTING SUPPLY CORP.;
and GREGORY E. CAMPBELL, individually and personally,
31-40 College Point Boulevard
Flushing, NY 11354

Michael E. Greene, Esq.
ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.
Attorneys for Third-Party Defendants
1345 Avenue of the Americas
New York, New York 10105

By causing to be delivered a copy of the same by first class mail in a postage paid properly addressed wrapper, in a depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                                        _____
                                           SANDRA MORALES

Sworn to before me this
21st day of July, 2008

_____
NOTARY PUBLIC

M. DIANE DUSZAK
Notary Public, State of New York
No. 02DU5049163
Qualified in New York County
Commission Expires September 11, ~~19~~ 2009